[No. 24906-9-III.   Division Three.   February 26, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. GILBERT GALEN GENOWAY, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 02-1-00722-1, Cameron Mitchell, J., entered February 1, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, J., and Thompson, J. Pro Tem.

[No. 25682-1-III.   Division Three.   February 26, 2008.]

ERIK A. HAYNES ET AL., *Plaintiffs*, KARA EICHELSDOERFER, *Respondent*, v. FREDERICK D. RUSSELL ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whitman County, No. 02-2-00046-9, Philip W. Borst, J., entered October 25, 2006. *Reversed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 25764-9-III.   Division Three.   February 26, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LUDVIG PEDERSON HAMMOCK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-03088-6, Harold D. Clarke III, J., entered December 15, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 25779-7-III.   Division Three.   February 26, 2008.]

TAI LE, *Appellant*, v. MATTHEW FLORY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-2-02929-0, Harold D. Clarke III, J., entered November 27, 2006. *Reversed* and *remanded* by unpublished opinion per Schultheis, A.C.J., concurred in by Kulik, J., and Stephens, J. Pro Tem.